1  GENGA & ASSOCIATES, P.C.
2  JOHN M. GENGA (SB# 125522)
   NICOLE KRASNY ASCH (SB# 204409)
3  15260 Ventura Blvd., Suite 1810
   Sherman Oaks, CA  91403
4  Telephone: (818) 444-4580
   Facsimile: (818) 444-4585
5
   Attorneys for Plaintiff
6  NEW MOTION, INC. d/b/a ATRINSIC MEDIA

7

8              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
9

10 NEW MOTION, INC. (d/b/a ATRINSIC      Case No. 09cv99-WQH (BLM)
   MEDIA), a Delaware corporation,
11                                       **STIPULATION FOR DISMISSAL**
12            Plaintiff,                 **WITH PREJUDICE AND REQUEST**
                                         **FOR COURT TO RETAIN**
13 v.                                    **JURISDICTION FOR PURPOSES OF**
                                         **SETTLEMENT**
14 SMS.AC, INC. (d/b/a FanBox), a
   California Corporation, BRANDIE
15 SMITH, an individual, MICHAEL
   POUSTI, an Individual, and DOES 1
16 through 50, inclusive,

17            Defendants.

18

19        Plaintiff NEW MOTION, INC. d/b/a ATRINSIC MEDIA ("New Motion") and

20 defendants SMS.AC, INC. d/b/a FANBOX ("SMS"), BRANDIE SMITH ("Smith") and

21 MICHAEL POUSTI ("Pousti") hereby agree and stipulate as follows:

22        1.    The parties have settled the above-captioned matter and entered into a

23 settlement agreement ("Settlement Agreement").

24        2.    Pursuant to the Settlement Agreement, New Motion hereby requests that

25 this Court dismiss this action with prejudice subject to the terms of this Stipulation.

26        3.    Pursuant to the Settlement Agreement, SMS is to make payments to New

27 Motion under a specific timetable, with the last payment to be made by SMS on or before

28 September 15, 2010.

---
1

**STIPULATION RE DISMISSAL AND REQUEST FOR CONTINUING JURISDICTION**

4.   Pursuant to the Settlement Agreement, in the event SMS fails to make said payments, and fails to cure such default, as called for in the Settlement Agreement, New Motion has the right to file a Stipulation for Entry of Judgment, attached as Exhibit A to the Settlement Agreement.

5.   The parties hereto request that this Court retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement through and including October 15, 2010.

DATED: July __, 2009                    GENGA & ASSOCIATES, P.C.


                                        By:_____

                                           Nicole Krasny Asch
                                           Attorneys for Plaintiff NEW MOTION, INC.
                                           d/b/a ATRINSIC MEDIA


DATED: July __, 2009                    NAVIGATO & BATTIN, LLP.


                                        By:_____

                                           Michael W. Battin
                                           Attorneys for Defendants SMS.AC, INC. d/b/a
                                           FANBOX, BRANDIE SMITH and MICHAEL
                                           POUSTI

**IT IS HEREBY ORDERED:**

1.   This action is dismissed with prejudice.

2.   The Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement through and including October 15, 2010.


DATED: _____        _____
                                        The Honorable Barbara L. Major
                                        United States Magistrate Judge

2
**STIPULATION RE DISMISSAL AND REQUEST FOR CONTINUING JURISDICTION**

4.    Pursuant to the Settlement Agreement, in the event SMS fails to make said payments, and fails to cure such default, as called for in the Settlement Agreement, New Motion has the right to file a Stipulation for Entry of Judgment, attached as Exhibit A to the Settlement Agreement.

5.    The parties hereto request that this Court retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement through and including October 15, 2010.

DATED: July 9, 2009          GENGA & ASSOCIATES, P.C.

By: _____
Nicole Krasny Asch
Attorneys for Plaintiff NEW MOTION, INC.
d/b/a ATRINSIC MEDIA

DATED: July 13, 2009          NAVIGATO & BATTIN, LLP.

By: _____
Michael W. Battin
Attorneys for Defendants SMS.AC, INC. d/b/a
FANBOX, BRANDIE SMITH and MICHAEL
POUSTI

**IT IS HEREBY ORDERED:**

1.    This action is dismissed with prejudice.

2.    The Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement through and including October 15, 2010.

DATED: _____
The Honorable Barbara L. Major
United States Magistrate Judge

STIPULATION RE DISMISSAL AND REQUEST FOR CONTINUING JURISDICTION