GENGA & ASSOCIATES, P.C.
JOHN M. GENGA (SB# 125522)
NICOLE KRASNY ASCH (SB# 204409)
15260 Ventura Blvd., Suite 1810
Sherman Oaks, CA 91403
Telephone: (818) 444-4580
Facsimile: (818) 444-4585

Attorneys for Plaintiff
NEW MOTION, INC. d/b/a ATRINSIC MEDIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW MOTION, INC. (d/b/a ATRINSIC MEDIA), a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SMS.AC, INC. (d/b/a FanBox), a California Corporation, BRANDIE SMITH, an individual, MICHAEL POUSTI, an Individual, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 09cv99-WQH (BLM) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION FOR PURPOSES OF SETTLEMENT** |

Plaintiff NEW MOTION, INC. d/b/a ATRINSIC MEDIA ("New Motion") and defendants SMS.AC, INC. d/b/a FANBOX ("SMS"), BRANDIE SMITH ("Smith") and MICHAEL POUSTI ("Pousti") hereby agree and stipulate as follows:

1. The parties have settled the above-captioned matter and entered into a settlement agreement ("Settlement Agreement").

2. Pursuant to the Settlement Agreement, New Motion hereby requests that this Court dismiss this action with prejudice subject to the terms of this Stipulation.

3. Pursuant to the Settlement Agreement, SMS is to make payments to New Motion under a specific timetable, with the last payment to be made by SMS on or before September 15, 2010.

1      4.    Pursuant to the Settlement Agreement, in the event SMS fails to make said payments, and fails to cure such default, as called for in the Settlement Agreement, New Motion has the right to file a Stipulation for Entry of Judgment, attached as Exhibit A to the Settlement Agreement.

    5.    The parties hereto request that this Court retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement through and including October 15, 2010.

DATED: July 14, 2009

GENGA & ASSOCIATES, P.C.

By: _/s/ Nicole Krasny Asch_
Nicole Krasny Asch
Attorneys for Plaintiff NEW MOTION, INC. d/b/a ATRINSIC MEDIA

DATED: July 14, 2009

NAVIGATO & BATTIN, LLP.

By: _/s/ Michael W. Battin_
Michael W. Battin
Attorneys for Defendants SMS.AC, INC. d/b/a FANBOX, BRANDIE SMITH and MICHAEL POUSTI

---

2
**STIPULATION RE DISMISSAL AND REQUEST FOR CONTINUING JURISDICTION**