# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW MOTION, INC. (d/b/a ATRINSIC MEDIA), a Delaware corporation,<br><br>Plaintiff,<br>vs.<br>SMS.AC, INC. (d/b/a FanBox), a California Corporation, BRANDIE SMITH, an individual, MICHAEL POUSTI, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 09cv99 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

The Stipulation for Dismissal with Prejudice and Request for the Court to Retain Jurisdiction for Purposes for Settlement (Doc. # 23) is **GRANTED.**  The above-captioned action is **DISMISSED with prejudice** subject to the terms of the Stipulation for Dismissal with Prejudice.

DATED: July 24, 2009

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge